UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                 :
                                                   :        **ORDER**
v.                                                       :
                                                   :        21 CR 757-2 (VB)
LANCE DOTTIN,                                 :
                       Defendant.    :
--------------------------------------------------------------x

     For the reasons stated on the record at a bail review hearing held today, the Court DENIES defendant Lance Dottin's application for release on bail. Defendant is continued detained pending trial.

Dated: April 14, 2022
       White Plains, NY

                                           SO ORDERED:

                                           Vincent L. Briccetti
                                           United States District Judge