# THE LAW OFFICES OF SEAN M. MAHER, PLLC

May 18, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 5/18/22
White Plains, NY

Call-in #: 888-363-4749
Passcode: 1703567

**VIA ECF**

Hon. Vincent L. Briccetti
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Lance Dottin*, 21 Cr. 757 (VLB)

Dear Judge Briccetti:

I respectfully write to request permission to appear via telephone at the conference scheduled for tomorrow, May 19, 2022. The reason for this request is that I have been ill for several days with COVID-like symptoms. I have notified my client, Mr. Lance Dottin, of this and he has informed me that he consents to me appearing on his behalf via telephone. I also have conferred with the government and AUSA Benjamin Klein has informed me that the government has no objection to my request.

The Court's consideration is greatly appreciated.

Respectfully submitted,

/S/
Sean M. Maher
*Counsel for Lance Dottin*

cc:   All counsel via ECF