USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/22

RECEIVED
SEP 16 2022
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

VIA ECF

September 16, 2022

Hon. Vincent Briccetti
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: USA v. Lance Dottin, 21 Cr. 757 (VB)

Dear Judge Briccetti:

    I was recently appointed as new counsel for Mr. Dottin. I reviewed the docket and noted that the date for defense to file motions expired on August 31, 2022, and that the next pretrial conference date is November 1, 2022.

    I have spoken to AUSA Benjamin Klein, and, with his consent, I am requesting that the Court move up the pretrial conference date to an available date during the week of October 10, 2022. This will give me the opportunity to review the case discovery, which I have received, have discussions with Mr. Dottin, and, if necessary, request that the Court set a new motion schedule.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

---

APPLICATION GRANTED
SO ORDERED:

_/s/_____
Vincent L. Briccetti, U.S.D.J.
Dated: 9/16/22
White Plains, NY

Conference is scheduled for 10/11/2022 at 10:00 a.m.